UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 AUG -8 PM 2:45
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| JAMIE M. COOPER | * | CIVIL ACTION |
| VERSUS | * | NO. 06-CV-0892 |
| FAITH SHIPPING, ET AL | * | SECTION R  MAG. 3 |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR LEAVE TO FILE
## ORDER TO APPOINT SPECIAL PROCESS SERVER TO SERVE
## A CORPORATION IN A FOREIGN COUNTRY

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, Jamie M. Cooper, who moves this Honorable Court to allow the filing of an Order to Appoint Special Process Server to Serve a Corporation in a Foreign Country. Opposing counsel has been contacted and does not have an objection to the filing of this motion.

Respectfully submitted,

STANLEY J. JACOBS, #7211
JODI J. AAMODT, #21639
JACOBS, MANUEL & KAIN
320 Sumerulos Street, Suite 329
New Orleans, LA 70130-2118

- and –

COSSICH, SUMICH & PARSIOLA, L.L.C.

BY: _____
PHILIP F. COSSICH, JR., #1788
DARREN D. SUMICH, #23321
8056 Highway 23, Suite 200
Belle Chasse, LA 70037
Telephone:   (504) 394-9000
Facsimile:    (504) 394-9110



**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record, by United States mail, properly addressed and first class postage prepaid on ___Aug 9___, 2006.

_____
DARREN D. SUMICH