

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JAMIE M. COOPER | * | CIVIL ACTION |
| VERSUS | * | NO. 06-CV-0892 |
| FAITH SHIPPING, ET AL | * | SECTION R  MAG. 3 |

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion for Leave to file an Order to Appoint Special Process Server to Serve a Corporation in a Foreign Country;

**IT IS HEREBY ORDERED,** that plaintiffs be granted leave of Court to file the Motion for Leave to file an Order to Appoint Special Process Server to Serve a Corporation in a Foreign Country.

New Orleans, Louisiana this 14th day of August, 2006.

_____
**JUDGE**