U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
FILED
2006 AUG 15 AM 11:23
LORETTA G. WHYTE
CLERK

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**JAMIE M. COOPER** * **CIVIL ACTION**

**VERSUS** * **NO. 06-CV-0892**

**FAITH SHIPPING, ET AL** * **SECTION R MAG. 3**

**********************************************************************************

**ORDER TO APPOINT SPECIAL PROCESS SERVER TO SERVE A CORPORATION IN A FOREIGN COUNTRY**

**IT IS HEREBY ORDERED,** that APS International, Ltd is appointed Special Process Server for the purpose of serving process on the defendant, **Companhia Industrial Do Sisal-Cisal,** in **BRAZIL** by delivering a copy of the summons and of the complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute to receive service and the statute so requires, by also mailing a copy to the defendant.

August 14, 2006
DATE

Sarah Vance
JUDGE