

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAIME M. COOPER<br><br>VERSUS<br><br>FAITH SHIPPING, DOCKENDALE SHIPPING, ASSURANCEFORENINGEN GARD, COMPANHIA INDUSTRIAL DO SISAL - CISAL, AND BOSSCLIP B.V. | CIVIL ACTION<br><br>NO. 06-0892<br><br>SECTION "R" (3)<br><br>JUDGE SARAH S. VANCE<br><br>MAG. DANIEL E. KNOWLES, III |

## ANSWER

NOW COMES Assuranceforeningen Gard, reserving all rights and defenses, and for answer to plaintiff's complaint respectfully avers:

### FIRST DEFENSE

The complaint fails to state a cause of action upon which relief can be granted.

### SECOND DEFENSE

Defendant pleads the sole or comparative fault of plaintiff and the fault of third persons for whom this defendant is not responsible as the cause of plaintiff's injuries and damages, if any.

1

___ Fee___<br>___ Process___<br>_X_ Dktd___<br>___ CtRmDep___<br>___ Doc. No___

## THIRD DEFENSE

Assuranceforeningen Gard further pleads that all claims asserted herein by plaintiff are subject to arbitration and the proceedings should be stayed pending arbitration.

## FOURTH DEFENSE

For answer to each and every allegation of the complaint, defendant avers:

1.

The allegations of paragraph 1 are admitted.

2.

The allegations of paragraph 2 are denied except to admit foreign corporate status and domicile in Norway.

3.

The allegations of paragraph 3 are denied for lack of sufficient information to justify a belief therein.

4.

The allegations of paragraph 4 are admitted.

5.

The allegations of paragraph 5 are admitted.

6.

The allegations of paragraph 6 are denied except to admit that Faith Shipping was the owner of the CLIPPER FAITH.

7.

The allegations of paragraph 7 do not require answer by this defendant, but insofar as answer may be required, the allegations are denied.

8.

Assuranceforeningen Gard admits Faith Shipping and Doickendale were members of Gard, and denies Boss Clip was a member. Gard pleads all the rules, terms, conditions and limitations of the terms of entry.

9.

The allegations of paragraph 9 are denied for lack of sufficient information to justify a belief and, alternatively, denied as conclusions of law.

10.

The allegations of paragraph 10 require no answer, but if our answer is required they are denied as conclusions of law.

WHEREFORE, defendant, Assuranceforeningen Gard, prays that after due proceedings there be judgment in its favor, dismissing the complaint at plaintiff's costs. Defendant further prays for all other general and equitable relief it may be entitled to receive.

Respectfully submitted,

_____
CHARLES F. LOZES (#8914)
Terriberry, Carroll & Yancey, L.L.P.
3100 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-3100
Telephone: (504) 523-6451
Attorneys for Faith Shipping Company, Ltd. and
Assuranceforeningen Gard

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been served on all counsel of record herein by hand delivery, facsimile transmission, or by placing a copy of same in the U.S. Mail, postage prepaid, properly addressed, this 23 day of August, 2006, at New Orleans, Louisiana.

_____
CHARLES F. LOZES

answer 02.Gard.wpd

4